JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HAZEL BALLISTER

                Plaintiff,

        v.

TRANSWORLD SYSTEMS, INC.

                Defendants.

Case No.:  2:24-cv-08827-SVW-RAO

[~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE AS TO TRANSWORLD SYSTEMS, INC.

On April 29, 2025,[1] Plaintiff Hazel Ballister filed a Stipulation of Dismissal with Prejudice as to Defendant Transworld Systems, Inc. ("Transworld" or "Defendant"). Plaintiff and Defendant have settled all claims between them in this matter

    The Court, having considered Plaintiff Hazel Ballister's Stipulation of and Dismissal with Prejudice as to Defendant Transworld Systems, Inc. and finding good cause, therefore, hereby GRANTS the Stipulation and ORDERS as follows:

---

[1] Footnote 1.

1.      The above-entitled matter is hereby dismissed with prejudice against Defendant Transworld

**IT IS SO ORDERED.**

Dated:     May, 2    , 2025

_____

Stephen V. Wilson

United States District Judge